# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZALEIPH WOOTEN and TAWANA PATINA REID, Individually and as Co-Administrators of the Estate of Z.W., Jr., a Deceased Minor, | CIVIL ACTION |
| Plaintiffs, | NO.: 2:22-cv-04341-KSM |
| v. | |
| THE BOPPY COMPANY, LLC, WALMART INC., ARTSANA U.S.A., INC. d/b/a CHICCO and ARTSANA S.p.A. d/b/a ARTSANA GROUP, et al., | |
| Defendants. | |

## STIPULATION TO DISMISS PUNITIVE DAMAGES WITHOUT PREJUDICE

It is hereby stipulated and agreed, by and among counsel for Plaintiffs and counsel for Defendants Artsana U.S.A., Inc. d/b/a Chicco and The Boppy Company, LLC, as identified below, that all claims for punitive damages contained within Plaintiffs' Complaint as to Artsana U.S.A., Inc. d/b/a Chicco and The Boppy Company, LLC are hereby STRICKEN and DISMISSED. This dismissal is without prejudice to Plaintiffs' right to move for leave to amend the Complaint to reassert these claims for punitive damages after the completion of discovery.

To the extent the statute of limitations applies to a claim for punitive damages, which Plaintiffs deny, the parties agree that the statute of limitations is tolled as to punitive damages relating back to the date Plaintiffs filed their Complaint, which was October 7, 2022.

It is further agreed to and Stipulated by the parties that entering into and signing this Stipulation is not deemed or construed, in any manner, to be a waiver of jurisdiction by The Boppy Company, LLC.

2

This Stipulation may be executed in counterparts.

| | |
|---|---|
| KLINE & SPECTER, P.C. | RAWLE & HENDERSON, LLP |
| By:   _/s/ Michael A. Trunk_<br>Shanin Specter, Esquire<br>Michael A. Trunk, Esquire<br>Attorneys for Plaintiffs | By:   _/s/ Mary Ann Capriotti_<br>Thomas A. Kuzmick, Esquire<br>Mary Ann Capriotti, Esquire<br>Attorneys for Defendants,<br>The Boppy Company, LLC &<br>Artsana U.S.A., Inc. d/b/a Chicco |
| Date:   November 17, 2022 | Date:   November 17, 2022 |