IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZALEIPH WOOTEN and TAWANA PATINA REID, individually and as Co-Administrators of the Estate of Z.W. Jr., a Deceased Minor,<br><br>     Plaintiffs,<br><br>    v.<br><br>THE BOPPY COMPANY, LLC;<br>WALMART INC.;<br>ARTSANA U.S.A., INC. d/b/a CHICCO;<br>ARTSANA S.P.A. d/b/a ARTSANA GROUP;<br>ABC COMPANIES I-X; and<br>JOHN DOES I-X,<br><br>     Defendants. | CIVIL ACTION<br>NO. 22-4341 |

## ORDER

  **AND NOW,** this 14th day of August, 2023, upon consideration of Plaintiffs' Motion to Remand (ECF No. 20), the defendants' responses, the plaintiffs' reply, and the parties' representations at oral argument, it is hereby **ORDERED** that the motion is **GRANTED.**

  **IT IS FURTHER ORDERED** that the action is **REMANDED** to the state court from which it was removed.

                   BY THE COURT:

                   _/s/ Kai N. Scott_
                   HON. KAI N. SCOTT
                   **United States District Court Judge**